| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bert Briones (SBN 237594)<br>Martina A. Slocomb (SBN 252157)<br>RED HILL LAW GROUP<br>15615 Alton Parkway, Suite 210<br>Irvine, California 92618<br>Telephone: (714) 733-4455<br>Facsimile: (714) 733-4450<br>bb@redhilllawgroup.com<br>martina@redhilllawgroup.com | **FILED & ENTERED**<br><br>**OCT 06 2025**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte        DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* Cammy Mendes | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>CAMMY MENDES | CASE NO.: 7<br>CHAPTER:  8:25-bk-11756-SC |
|---|---|
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| Debtor(s) | [No hearing Required] |

| **Movant** *(name)*: | **Cammy Mendes** |
|---|---|

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on *10/02/2025* (docket entry number 23), the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                    Page 1                        **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

2. The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

☐ The Motion is denied.

### 

Date: October 6, 2025

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                            Page 2                          **F 9037.1.1.ORDER.RESTRICT.PERS.ID**

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 20 | 9/25/2025 | Reply in Support of Objection to Exemption in Real Property |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*November 2014*                                                    Page 3                                **F 9037.1.1.ORDER.RESTRICT.PERS.ID**