**FILED**

NOV 12 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| CAMMY LYNN MENDES, | CASE NO.: 8:25-11756-sc |
| | ADVERSARY NO.: N/A |
| | APPEAL DOCKET ENTRY NO.: 40 |
| Debtor(s) | |
| vs. Plaintiff(s) | **NOTICE OF APPEAL DEFICIENCY TO APPELLANT [FRBP 8003(a)]** |
| Defendant(s) | |

The Notice of Appeal filed in this case on (date) _____ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☐ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.

  ☐ Does not include the entered date of order, judgment, or decree.

  ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.

  ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 11/12/2025

By: /s/ Nickie Bolte
Deputy Clerk

(714) 338-5378
Telephone Number