| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregg Roberts<br>43430 E Florida Ave F293<br>Hemet CA 92544<br>951-330-4450<br>gregg@legalsupport-sc.com<br>Assignee of Record and Judgment Creditor, Pro Se<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Cammy Lynn Mendes<br><br><br>Debtor(s). | CASE NO.: 8:25-bk-11756-SC<br>CHAPTER: 7<br>ADVERSARY NO.:<br>(if applicable)<br>DATE NOTICE OF APPEAL FILED: 11/10/2025<br>DATE NOTICE OF CROSS APPEAL FILED:<br>APPEAL DOCKET ENTRY NO.: 40 |
|---|---|
| Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐  I do not intend to designate any portion of the transcript(s).

☒  I requested a copy of the transcript(s).

1. Hearing date (*specify*) __10/14/2025__ and time (*specify*) __11:00 am__ of transcript requested.
   Date (*specify*) __11/20/2025__ transcript was requested.

2. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                      Page 1                                           F 8004-1.1.NOTICE.TRANSCRIPT

Main Document Page 2 of 3

3. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

4. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

5. Hearing date (*specify*) ____________ and time (*specify*) ____________ of transcript requested.
   Date (*specify*) ____________ transcript was requested.

☐ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

2. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

3. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

4. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

5. Hearing date (*specify*) ____________ of designated transcript.
   Docket entry number of designated transcript (*specify*) ____________

Date: 11/21/2025

N/A
Printed name of law firm

Gregg Roberts
Signature

Gregg Roberts
Printed name

Pro se
Attorney for (*specify*)

Instructions

This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016* Page 2 **F 8004-1.1.NOTICE.TRANSCRIPT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E Florida Ave #F, Hemet, CA 92544

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to NEF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/21/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Cammy Lynn Mendes, 503 Traverse Dr, Costa Mesa CA 92626

Judge: Hon. Scott C. Clarkson, 411 W 4th St, Ste 5130 / CR 5C, Santa Ana CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/21/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor Counsel Bert Briones <bb@redhilllawgroup.com> and Martina A. Slocomb <martina@redhilllawgroup.com>, service performed by Gregg Roberts via email per written agreement with opposing counsel.

Same Decl. 11/21/2025 *Gregg Roberts*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2025 | Vito A. Vitale III | /s/ Vito A. Vitale III |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.