Gregg Roberts

43430 E Florida Ave F293

Hemet CA 92544

951-330-4450

gregg@legalsupport-sc.com

Assignee of Record and Judgment Creditor, Pro Se

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

|  |  |
|---|---|
| In re Cammy Mendes,<br><br>Debtor | Main Case #8:25-bk-11756-SC<br><br>Chapter 7<br><br>**EX PARTE APPLICATION FOR ORDER CONTINUING (1) HEARING ON MOTION FOR SANCTIONS RE: INADVERTENT PII DISCLOSURE AND (2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS**<br><br>Judge: Hon. Scott C. Clarkson |

Applicant: Gregg Roberts ("Roberts"), pro se.

**RELIEF REQUESTED**

Roberts respectfully applies, ex parte, for an order continuing:

- the hearing on the Motion for Sanctions concerning the inadvertent PII disclosure

  (currently set December 9, 2025, at 11:00 a.m.); and

- the Status / Scheduling Conference (currently set December 16, 2025, at 1:30

  p.m.),

EX PARTE APPLICATION FOR ORDER CONTINUING (1) HEARING ON MOTION FOR SANCTIONS RE:
INADVERTENT PII DISCLOSURE AND (2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS

1

by thirty-five (35) calendar days, or to the Court's next available dates thereafter at the same times.

**GROUNDS**

Good cause exists under FRBP 9006(b)(1) and LBR 9013-1 & 9075-1. On November 18, Roberts suffered a detached retina, is scheduled for eye surgery on November 24, and faces temporary post-operative limitations. *Ex. 1.* Roberts continues to act diligently toward ongoing case obligations.

**LACK OF PREJUDICE / MITIGATION**

The affected document has already been sealed or removed. Ms. Mendes herself stated that she promptly froze her credit, effectively eliminating any realistic risk of credit misuse. The disclosure involved only partial identifiers and has been removed from the docket. Discovery and mediation preparation can continue during the brief continuance; thus, no party will be prejudiced.

**NOTICE**

On November 23, 2025, Roberts provided notice of this ex parte request to opposing counsel by email, pursuant to the parties' written agreement permitting service by email. Roberts will also arrange for service on the debtor by U.S. mail.

**PROPOSED NEW DATES**

Roberts requests that:

EX PARTE APPLICATION FOR ORDER CONTINUING (1) HEARING ON MOTION FOR SANCTIONS RE:
INADVERTENT PII DISCLOSURE AND (2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS

2

1      -    the Motion for Sanctions hearing be continued from December 9, 2025 to January

2          13, 2026, at 11:00 a.m., and

3      -    the Status / Scheduling Conference be continued from December 16, 2025 to

4          January 20, 2026, at 1:30 p.m.,

5

6   or to the next available dates thereafter, with all related briefing deadlines recalculated

7   accordingly.

8   **CONCLUSION**

9
    For the reasons set forth above, Roberts requests that the Court grant this Application.
10

11

12  Roberts submits that, due to the medical urgency described above, the following

13  declaration is sufficient and appropriate under the circumstances:

14
    **Declaration**
15

16  I hereby declare under penalty of perjury that all of the factual statements in this filing are

17  true, correct, and complete to the best of my knowledge, information, and belief.

18
    Signed November 23, 2025 at Hemet California.
19
        _Gregg Roberts_
20  _____

21  Gregg Roberts

22
    Pro Se
23

24

25

26  _____

EX PARTE APPLICATION FOR ORDER CONTINUING (1) HEARING ON MOTION FOR SANCTIONS RE:
INADVERTENT PII DISCLOSURE AND (2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS

3

**EXHIBIT 1**

# AFTER VISIT SUMMARY

**Richard G. Roberts** ██████████


**Riverside University HEALTH SYSTEM**

📅 11/18/2025   📍 RUH Emergency Department
951-486-5650

## Instructions

The ophthalmologist sent a prescription for Tobradex eye drops to your pharmacy.
Your surgery is planned for Monday, 11/24/25.
- Do not eat or drink anything after midnight the day before surgery
- Hold all oral hypoglycemics medications on the day of surgery
- If using ozempic or other GLP-1 inhibitor, stop taking this 1 week prior to surgery
- If long acting insulin is prescribed for use at night, please use HALF dose the night before surgery. Hold all other insulin until after surgery is completed.
- You must have a driver the day of the surgery.

 **Follow up with Ophthalmology for eye surgery on 11/24/2025**

## What's Next

**NOV 20 2025**
**RUH PAT Visit with R Hanson, NP**
Thursday November 20 2:30 PM

RUH PRE-ANESTHESIA CLINIC
26520 CACTUS AVE
MORENO VALLEY CA 92555-3901
951-988-9616
Arrive at: Main Hospital, Lower Level

**NOV 25 2025**
**RETINA RETURN PT**
Tuesday November 25 8:50 AM
(Arrive by 8:30 AM)

- Please arrive 20 minutes early for registration and bring your insurance card, photo ID, a list of all current medications, and co-pay.

RUH EYE CLINIC
26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-4000
Arrive at: Lower Level

## Today's Visit

You were seen by E Hu, MD and C Duong, DO

**Reason for Visit**
Eye Problem

**Diagnosis**
Retinal detachment

 **Lab Tests Completed**
CBC With Differential
CMP

 **Imaging Tests**
ECG 12 Lead
US Bedside Physician LTD Eye

 **Done Today**
OR Case Request Order: Pars Plana Vitrectomy, Endolaser, Retinal detachment repair with silicone oil or gas
Ophthalmology Consult

Blood Pressure
125/88

Temperature (Temporal)
97.6 °F

Pulse
65

Respiration
12

Oxygen Saturation
98%

## MyChart

View your After Visit Summary and more online at https://mychart.ieccn.org/MyChart/.

---

Richard G. Roberts ██████  • Printed at 11/18/2025  8:54 PM
PATIENT COPY

**Exhibit 1, Page 1 of 2**

## What's Next (continued)

DEC
**2**
2025

**EYE Follow Up**
Tuesday December 2 2:30 PM (Arrive by 2:10 PM)

RUH EYE CLINIC
26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-4000
Arrive at: Lower Level

- Please arrive 20 minutes early for registration and bring your insurance card, photo ID, a list of all current medications, and co-pay.

DEC
**23**
2025

**RETINA RETURN PT**
Tuesday December 23 10:20 AM (Arrive by 10:00 AM)

RUH EYE CLINIC
26520 CACTUS AVE
MORENO VALLEY CA 92555
951-486-4000
Arrive at: Lower Level

- Please arrive 20 minutes early for registration and bring your insurance card, photo ID, a list of all current medications, and co-pay.

# Allergies as of 11/18/2025

████████████████████████

**Exhibit 1, Page 2 of 2**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
24600 Mountain Ave SPC #122, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): <u>EX PARTE APPLICATION FOR ORDER</u>
<u>CONTINUING (1) HEARING ON MOTION FOR SANCTIONS RE: INADVERTENT PII DISCLOSURE AND (2) STATUS</u>
<u>/ SCHEDULING CONFERENCE BY 35 DAYS and an unsigned copy of this proof of service per CCP 1013(b).</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___11/23/2025___. I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Cammy Mendes, 503 Traverse Dr, Costa Mesa CA 92806
Judge: Hon. Scott C. Clarkson, 411 West Fourth Street, Courtroom 5C, Santa Ana CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _11/23/2025_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor Counsel Bert Briones <bb@redhilllawgroup.com> and Martina A. Slocomb <martina@redhilllawgroup.com>, service performed by Gregg Roberts via email per written agreement with opposing counsel.

→ Same Decl. - 11/23/2025 - Gregg Roberts

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/23/2025 | Judy Garner | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**