1 Gregg Roberts
2 43430 E Florida Ave #F-293
  Hemet CA 92544
3 Ph: 951-330-4450
4 gregg@legalsupport-sc.com





## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re Cammy Mendes,<br>Debtor<br><br>Gregg Roberts,<br>Judgment Creditor/Plaintiff,<br><br>v.<br><br>Cammy Mendes<br>Debtor/Defendant | Main Case #8:25-bk-11756-SC<br><br>Chapter 7<br><br>AP Case #8:25-ap-01299-SC<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER CONTINUING**<br>**(1) HEARING ON MOTION FOR SANCTIONS RE: INADVERTENT PII DISCLOSURE AND**<br>**(2) STATUS / SCHEDULING CONFERENCE BY 35 DAYS**<br><br>[No Hearing Held – Ex Parte]<br><br>Judge: Hon. Scott C. Clarkson |

The Court having considered the Ex Parte Application for Order Continuing (1) Hearing on Motion for Sanctions re: Inadvertent PII Disclosure and (2) Status / Scheduling Conference by 35 Days (the "Application") filed by Gregg Roberts ("Roberts"), assignee of record and judgment creditor, pro se, on November 23, 2025 [Dk. 52] in the main case and good cause appearing,

ORDER

**IT IS HEREBY ORDERED THAT:**

Roberts' Application is GRANTED.

The hearing on the Motion for Sanctions concerning the inadvertent PII disclosure, presently set for December 9, 2025 at 11:00 a.m., is continued to January 20, 2026 at 1:30 p.m. No further pleadings may be filed in connection with this matter.

The Status / Scheduling Conference, presently set for December 16, 2025 at 1:30 p.m., is continued to January 20, 2026 at 1:30 p.m. A status report is due 14 days in advance.

A copy of this order shall be filed in both the main case and the adversary proceeding. Moving forward, Roberts is reminded that matters relevant to the adversary proceeding must be filed in the adversary proceeding, and not the main case.

IT IS SO ORDERED.

DATED: December 9, 2025

Hon. Scott C. Clarkson

United States Bankruptcy Judge