Gregg Roberts
43430 E Florida Ave F293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re Cammy Mendes,<br>Debtor | Main Case #8:25-bk-11756-SC<br><br>Chapter 7<br><br>**UNOPPOSED MOTION FOR**<br>**LEAVE TO FILE PROOF OF SERVICE UNDER SEAL**<br><br>No Hearing Requested<br>Judge: Hon. Scott C. Clarkson |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Movant Gregg Roberts, appearing pro se, respectfully moves for leave to file under seal an unredacted Proof of Service containing the names and residential addresses of non-party individuals, and to file a redacted version of that Proof of Service on the public docket.

This Motion is made pursuant to Local Bankruptcy Rule 107-1 and the Court's inherent authority. Debtor Counsel has stated in writing to Roberts that the Debtor does not oppose this Motion. No hearing is requested unless ordered by the Court.

MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL

1

## I. RELIEF REQUESTED

Movant seeks an order:

1. Authorizing the filing under seal of the unredacted Proof of Service containing names and residential or PO Box addresses of non-parties; and

2. Permitting the filing of a public, redacted version of the Proof of Service, attached as Exhibit 1, omitting that information.

## II. FACTUAL BACKGROUND

The Proof of Service reflects service of notices sent by Movant in the course of this proceeding. During proceedings preceding the Debtor's filing of a motion for sanctions, the Court encouraged Movant to take appropriate steps to protect the identities of third parties. That concern was addressed through the content and transmission of written notices sent to those individuals, the wording of which was disclosed to the Court as an exhibit to Movant's response to the sanctions motion.

The Proof of Service is submitted solely to demonstrate that those notices were sent. The unredacted Proof of Service contains only the names and residential addresses of non-party individuals, who have no role in the litigation. Sealing is requested solely to avoid public disclosure of that information.

## III. GOOD CAUSE EXISTS FOR LIMITED SEALING

Good cause exists because:

- The information concerns private, non-party individuals;

- The information is limited to names and residential addresses;

- Public disclosure would serve no substantive adjudicatory purpose;

- The request is narrowly tailored; and

- A redacted version will be publicly filed.

This approach permits the Court to confirm compliance while protecting third-party privacy.

## IV. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court grant this Motion and enter the proposed Order.

Dated January 6, 2026.

Respectfully submitted,

_____
Gregg Roberts, Movant

MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E. Florida Ave. #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (specify): Notice letter describing inadvertent filing; no title; two pages

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   I have no access to ECF.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __11/28/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached; service was by Certified Mail.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2025 | Vito A. Vitale III | /s/ Vito A. Vitale III |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                      F 9013-3.1.PROOF.SERVICE

**Exhibit 1, Page 1 of 2**

POS-030(P)

| SHORT TITLE: In Re Cammy Lynn Mendes | CASE NUMBER: 8:25-bk-11756-SC |

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)
*(This Attachment is for use with form POS-030)*

NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:

Name of Person Served | Address (number, street, city, and zip code)



Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(PERSONS SERVED)
(Proof of Service)

Page 1 of 1

**Exhibit 1, Page 2 of 2**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E. Florida Ave. #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): UNOPPOSED MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL, with proposed order and an unsigned copy of this proof of service per CCP 1013(b).

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __01/06/2026__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Cammy Lynn Mendes, 503 Traverse Dr, Costa Mesa CA 92626

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/06/2026__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor Counsel Bert Briones <bb@redhilllawgroup.com> and Martina A. Slocomb <martina@redhilllawgroup.com>, service performed by Gregg Roberts via email per written agreement with opposing counsel. Same declaration as below, 1/6/2026. *[signed] Gregg Roberts*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/06/2026 | Vito A. Vitale III | *[signed] Vito A. Vitale III* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE