Gregg Roberts
43430 E Florida Ave F293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

FILED

JAN - 7 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

ENTERED

JAN - 7 2026

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

|  |  |
|---|---|
| In re Cammy Mendes,<br><br>Debtor | Main Case #8:25-bk-11756-SC<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL** |

The Court, having reviewed the Motion for Leave to File Proof of Service Under Seal, and good cause appearing, ORDERS:

- The Motion is GRANTED.
- The unredacted Proof of Service containing names and residential addresses of non-party individuals may be filed UNDER SEAL. A copy shall also be mailed to Debtor's counsel.
- The redacted Proof of Service attached as Exhibit 1 to the Motion shall be filed on the public docket.

No hearing was required.

IT IS SO ORDERED.

Dated January 7, 2026

*Scott C Clarkson*

Hon. Scott Clarkson

Judge, US Bankruptcy Court

ORDER GRANTING MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL