United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-11756-SC |
| Cammy Lynn Mendes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cammy Lynn Mendes, 503 Traverse Dr, Costa Mesa, CA 92626-3116 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bert Briones | on behalf of Debtor Cammy Lynn Mendes bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Martina A Slocomb | on behalf of Debtor Cammy Lynn Mendes rockymountainlaw@yahoo.com |
| Martina A Slocomb | on behalf of Defendant Cammy Mendes martina@redhillawgroup.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 5

Gregg Roberts
43430 E Florida Ave F293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com
Assignee of Record and Judgment Creditor, Pro Se

**FILED** JAN - 7 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED** JAN - 7 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re Cammy Mendes,

Debtor

Main Case #8:25-bk-11756-SC

Chapter 7

**ORDER GRANTING MOTION FOR LEAVE TO FILE PROOF OF SERVICE UNDER SEAL**

The Court, having reviewed the Motion for Leave to File Proof of Service Under Seal, and good cause appearing, ORDERS:

- The Motion is GRANTED.
- The unredacted Proof of Service containing names and residential addresses of non-party individuals may be filed UNDER SEAL. A copy shall also be mailed to Debtor's counsel.
- The redacted Proof of Service attached as Exhibit 1 to the Motion shall be filed on the public docket.

No hearing was required.

IT IS SO ORDERED.

Dated January 7, 2026

*/s/ Scott C Clarkson*

Hon. Scott Clarkson
Judge, US Bankruptcy Court