Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
Ph: 951-330-4450
gregg@legalsupport-sc.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re Cammy Lynn Mendes,

Debtor

Main Case #8:25-bk-11756-SC

Chapter 7

**DECLARATION OF GREGG ROBERTS IN RESPONSE TO THE COURT'S TENTATIVE RULING PURSUANT TO THE JANUARY 20 HEARING**

I, the undersigned, am over the age of 18 years and competent to make this declaration. If called to do so, I would testify competently about the matters herein.

The Court's tentative ruling states that Proofs of Service I tried to file under seal were filed improperly. I apologize to the Court for those errors. With the second submission I thought that I had strictly complied with the deputy clerk's instructions for the correct procedure. I did not make a note of the deputy clerk's name, but she called me regarding the first, incorrect submission and described to me the correct procedure. I read those instructions back to her, and she agreed that I had heard her correctly. I served a copy of the proof with unredacted names and addresses on opposing counsel.

The Court's tentative ruling expresses concern regarding possible "unauthorized contact and content" in relation to the letter that I served to the relatives of the debtor, Ms. Mendes. The full text of that letter, without relative names or addresses, was filed with the Court on November 23 as Exhibit 1 to my RESPONSE IN OPPOSITION TO DEBTOR'S MOTION [for sanctions, etc.], (DE #51). That document remains on the active docket.

As the letter shows, the core content was good faith notice of a data oversight, with instructions on how the relatives could protect their credit at no cost. The letter provided my name and contact information as well as that of the Clerk of the Court and the case number, in case any recipient wished to speak to a neutral third party about the matter. The letter did not characterize the case or mention Ms. Mendes' name or the adversary proceeding.

None of the relatives contacted me in response to the letter, and I did not communicate with them any further myself. Two of the letters came back to me "Undeliverable, Unable to Forward" by the Post Office about a month after the mailings were done. A third letter that I mailed to one of the same addresses, in the name of a third relative, was *not* returned to me.

After receiving the returned letters, I confirmed that the names and addresses on them matched what was on the investigative reports that I ran to obtain the addresses. I used the restricted-access database DelvePoint to run the reports. All such databases admittedly have errors and outdated information.

My letter's wording facilitated the very protection that the Court "encouraged" at the October 14 hearing, by, again, providing the relatives with the means to monitor and freeze their credit at no cost, without giving cause for unnecessary alarm and without disparaging or even mentioning Ms. Mendes or the adversary proceeding.

A copy of the letter accompanies this Declaration. All the letters that I sent were identical to the Exhibit except for the names and addresses of the recipients.

I hereby swear under penalty of perjury that the foregoing is true and correct.

Signed at Hemet, California, this 21st day of January, 2026.

Gregg Roberts
Gregg Roberts
Respondent Pro Se

Gregg Roberts
43430 E Florida Ave #F-293
Hemet CA 92544
951-330-4450
gregg@legalsupport-sc.com

<date>

<Recipient Name>
<Recipient Addr1>
<Recipient Addr2>

Dear <name>,

On September 24, 2025, I inadvertently filed on the public docket of the United States Bankruptcy Court for the Central District of California, in case #8:25-bk-11756-SC, a document that included your name, your year of birth, and in some cases also the month of your birth. The Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules prohibit disclosure of “date of birth,” although in this case no complete date of birth was disclosed. The partial date-of-birth information appeared on the public docket for approximately one week. No part of your Social Security number was disclosed.

A Google query indicates a near-zero probability of identity theft by any bad actor who has only the month and year of birth and no Social Security number. Nonetheless, I am informing you of the inadvertent disclosure so that you may take action to protect your identity if you wish. Such action might include requests for a credit security freeze or copies of your credit report, all of which can be obtained free of charge.

For more information you may contact the three main credit reporting bureaus below:

Equifax
PO Box 740241
Atlanta, GA 30374-0241
800-685-1111

https://www.equifax.com/personal/credit-report-services/credit-freeze

Experian
PO Box 2104
Allen, TX 75013-0949

Case 8:25-bk-11756-SC Doc 51 Filed 01/21/26 Entered 01/22/26 09:54:37 Desc Main Document Page 16 of 17

888-EXPERIAN (888-397-3742)
https://www.experian.com/help/credit-freeze/

TransUnion
PO Box 1000
Chester PA 19022
(800) 916-8800
https://www.transunion.com/v/credit-freeze-2

Also according to Google:

> You are entitled to one free credit report from each of the three major credit bureaus (Equifax, Experian, and TransUnion) every 12 months under the Fair Credit Reporting Act. In addition, a program has been permanently extended that allows you to get a free credit report from each bureau every week online at AnnualCreditReport.com.
>
> **How to get your free credit report**
>
> Online weekly access: Visit AnnualCreditReport.com to access your free weekly credit report from each of the three bureaus.
>
> Annual 12-month access: You can also request one free credit report from each bureau every 12 months via mail by downloading a request form from the AnnualCreditReport.com website.
>
> **What to know:**
>
> Checking your own credit report does not harm your credit score.
>
> It is recommended to check your reports periodically to ensure the information is accurate.
>
> Be wary of "impostor" websites that use similar names or URLs and may try to charge you for a service.
>
> https://www.google.com/search?q=Free+credit+report+policy

I sincerely apologize for the inadvertent but limited disclosure.

If you have any questions, please contact the Clerk of the Court at (855) 460-9641.

Respectfully,

Gregg Roberts

Main Document Page 5 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
43430 E. Florida Ave. #F, Hemet CA 92544

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Gregg Roberts in Response to the Court's Tentative Ruling pursuant to the January 20 Hearing

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

I have no access to the Electronic Mail Notice List.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/21/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Cammy Lynn Mendes, 503 Traverse Dr, Costa Mesa CA 92626
Judge: Hon. Scott C. Clarkson, 411 W 4th St, Ste 5130 / CR 5C, Santa Ana CA 92701-4593

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/21/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor Counsel Bert Briones <bb@redhilllawgroup.com> and Martina A. Slocomb <martina@redhilllawgroup.com>, service performed by Gregg Roberts via email per written agreement with opposing counsel. Same declaration as below, 1/21/2026. Gregg Roberts

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/21/2026 | Faith Munson | Faith Munson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**