Bert Briones (SBN 237594)
Martina A. Slocomb (SBN 252157)
**RED HILL LAW GROUP**
15615 Alton Parkway, Suite 210
Irvine, California 92618
Telephone: (714) 733-4455
Facsimile: (714) 733-4450
bb@redhilllawgroup.com
martina@redhilllawgroup.com

Attorneys for Debtor

FILED & ENTERED

FEB 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CAMMY LYNN MENDES,<br><br>Debtor. | Case No. 8:25-bk-11756-SC<br><br>Chapter 7<br><br>ORDER GRANTING IN PART MOTION TO SANCTION GREGG ROBERTS FOR FAILURE TO REDACT PERSONAL IDENTIFIERS AND FAILURE TO TAKE REASONABLE STEPS TO PROTECT VICTIMS AFTER FAILURE TO REDACT<br><br>Hearing:<br>Date: February 3, 2025<br>Time: 1:30 p.m.<br>Locations: Zoom.Gov |

The Court has read and considered the Motion of Debtor Cammy Lynn Mendes ("Debtor") to Sanction Gregg Roberts for Failure to Redact Personal Identifiers and Failure to Take Reasonable Steps to Protect Victims After Failure to Redact ("Sanctions Motion"), Roberts' Opposition, Mendes' Reply, and the Declaration of Gregg Roberts. The Court finds that the Motion was properly served and there is good cause to grant it in part.

IT IS HEREBY ORDERED:

1. The Court orders Gregg Roberts to send a letter via certified mail to Debtor's affected family members with the proposed language in the Motion to the extent that he has not done so prior to entry of this order.

2. The Court denies the $3,795.83 for five years of Lifelock identity theft protection for Debtor.

###

Date: February 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge