United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-11756-SC |
| Cammy Lynn Mendes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cammy Lynn Mendes, 503 Traverse Dr, Costa Mesa, CA 92626-3116 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bert Briones | on behalf of Debtor Cammy Lynn Mendes bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Martina A Slocomb | on behalf of Debtor Cammy Lynn Mendes rockymountainlaw@yahoo.com |
| Martina A Slocomb | on behalf of Defendant Cammy Mendes martina@redhillawgroup.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 5

Bert Briones (SBN 237594)
Martina A. Slocomb (SBN 252157)
**RED HILL LAW GROUP**
15615 Alton Parkway, Suite 210
Irvine, California 92618
Telephone: (714) 733-4455
Facsimile: (714) 733-4450
bb@redhilllawgroup.com
martina@redhilllawgroup.com

Attorneys for Debtor

**FILED & ENTERED**

**FEB 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CAMMY LYNN MENDES,<br><br>Debtor. | Case No. 8:25-bk-11756-SC<br><br>Chapter 7<br><br>ORDER GRANTING IN PART MOTION TO SANCTION GREGG ROBERTS FOR FAILURE TO REDACT PERSONAL IDENTIFIERS AND FAILURE TO TAKE REASONABLE STEPS TO PROTECT VICTIMS AFTER FAILURE TO REDACT<br><br>Hearing:<br>Date: February 3, 2025<br>Time: 1:30 p.m.<br>Locations: Zoom.Gov |

The Court has read and considered the Motion of Debtor Cammy Lynn Mendes ("Debtor") to Sanction Gregg Roberts for Failure to Redact Personal Identifiers and Failure to Take Reasonable Steps to Protect Victims After Failure to Redact ("Sanctions Motion"), Roberts' Opposition, Mendes' Reply, and the Declaration of Gregg Roberts.  The Court finds that the Motion was properly served and there is good cause to grant it in part.

IT IS HEREBY ORDERED:

1. The Court orders Gregg Roberts to send a letter via certified mail to Debtor's affected family members with the proposed language in the Motion to the extent that he has not done so prior to entry of this order.

2. The Court denies the $3,795.83 for five years of Lifelock identity theft protection for Debtor.

###

Date: February 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2
ORDER